Magen M. Fansher
316 Palo Verde Way
Vallejo, California 94589
Tel: (707) 309-4079
E-mail: Magenfansher@gmail.com



2021 JUN -1 PM 3: 40

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case. No. |
| Plaintiff, | : | |
| | : | 3:21-cv-99 |
| v. | : | |
| TWO THOUSAND, SIX HUNDRED FIFTY-FOUR AND 00/100 DOLLARS ($2,654) IN UNITED STATES CURRENCY, | : | **VERIFIED CLAIM FOR FORFEITURE *IN* REM** |
| Defendant 1, | : | |
| FOUR THOUSAND AND 00/100 DOLLARS ($4,000.00) IN UNITED STATES CURRENCY, | : | |
| Defendant 2, | : | |
| and | : | |
| SIX THOUSAND AND 00/100 DOLLARS ($6000.00) IN UNITED STATES CURRENCY, | : | |
| Defendant 3, | : | |
| **Magen Fansher** | : | |
| Claimant | : | |

## VERIFIED CLAIM

Pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, I, Magen Fansher, herby claim and demand the return and/or release of the following seized items in the instant case:

1. Defendant 1: Two Thousand, Six Hundred Fifty-Four and 00/100 Dollars ($2,654) in United States Currency.

2. Defendant 2: Four Thousand and 00/100 Dollars ($4,000) in United States Currency.

3. Defendant 3: Six Thousand and 00/100 Dollars ($6,000) in United States Currency.

My interest in the property is that I lawfully earned and saved all of the Defendants listed above, over a course of my lifetime. I was traveling with my life savings in hopes to start up a new family business; that did not go as planned. I am a full time working professional and business major.

I hereby verify that the averments contained in the foregoing Claim are true and correct to the best of my knowledge, information and belief.

I, Magen Fansher, declare under penalty of perjury under that the foregoing is true and correct.

Date: May 25th, 2021

_____

Magen Fansher

**USPS Priority Mail Express label**

FROM:
Magen Fawsher
316 Palo Verde Way
Vallejo, CA 94589
PHONE: 707-309-4019

TO:
Office of the Clerk
United States District Office Court
712 Federal Building
200 West Second Street
Dayton, OH 45402

PO ZIP Code: 94591
Date Accepted: 5-27-21
Time Accepted: 11:14 AM
Scheduled Delivery Date: 5-28-21
Scheduled Delivery Time: 6:00 PM
Postage: $26.35
Total Postage & Fees: $26.35
Weight: 2 oz

Tracking: EJ 822 301 463 US

U.S. POSTAGE PAID
PME 1-Day
VALLEJO, CA 94591
MAY 27, 21
AMOUNT $26.35
R2305M144114-08

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; May 2020; All rights reserved.