

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Ohio*

*Federal Building*     *Telephone:* 937-225-2910
*200 West Second Street, Suite 600*     *Fax:*
*Dayton, Ohio 45402*

May 21, 2021

*By Electronic Mail*

Magen M. Fansher
316 Palo Verde Way
Vallejo, California 94589
magenfansher@icloud.com
magenfansher@gmail.com

      Re:    *United States v. Two Thousand Six Hundred Fifty-Four and 00/100*
               *Dollars ($2,654.00) in United States Currency, et al.*
               Case No. 3:21-CV-099-TMR

Dear Ms. Fansher:

      On or about May 6, 2021, Vipal Patel, the Acting United States Attorney for the Southern District of Ohio, received a document from you entitled, "Section I – Contact Information."  As noted in the direct notice letter sent to you in the above-referenced case, Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions requires that any person asserting an interest in the defendant property and who has received direct notice of the forfeiture action **must** file a verified claim with the Office of the Clerk no later than thirty-five (35) days after the notice is sent.  This requirement is separate from the claim that you filed in the administrative forfeiture proceeding with the Drug Enforcement Administration.

      The claim must be filed with the Office of the Clerk, United States District Court, 712 Federal Building, 200 West Second Street, Dayton, Ohio 45402 in accordance with Rule G(5) of the Supplemental Rules.  That means the claim must meet the following requirements:

    (1)    identify the specific property claimed;
    (2)    identify the claimant and state the claimant's interest in the property;
    (3)    be signed by the claimant under penalty of perjury; and
    (4)    be served on Vipal J. Patel, Acting United States Attorney, Attn: Asset Forfeiture Unit, 600 Federal Building, 200 West Second Street, Dayton, Ohio 45402.

      As of the date of this letter, no such claim has been filed with the Office of the Clerk, and the deadline to do so was Monday, May 10, 2021.  Further, the document that you sent to Mr. Patel did not state what your interest is in the defendant property, and it was not signed under penalty of

**EXHIBIT 1**

perjury.  If you intend to contest the forfeiture of the defendant property in the United States District Court for the Southern District of Ohio, I ask that you file a claim with the Office of the Clerk by **May 28, 2021**.  I recommend that you do not include your Social Security number on any document that you may file on the public record.

    Very truly yours,

    VIPAL J. PATEL
    Acting United States Attorney

    DEBORAH GRIMES  Digitally signed by DEBORAH GRIMES
    Date: 2021.05.21 17:26:18 -04'00'

    DEBORAH D. GRIMES
    Assistant United States Attorney